

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00638-CV

Salvador G. **MORA**,
Appellant/Cross-Appellee

v.

Sylvia Ramon **MORA**,
Appellee/Cross-Appellant

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10478
Honorable Victor H. Negron, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court for a just and right division of the community estate. It is ORDERED that appellant/cross-appellee Salvador G. Mora is responsible for one-half of the costs of this appeal, and appellee/cross-appellant Sylvia Ramon Mora is responsible for the other one-half of the costs.

SIGNED February 26, 2014.

Catherine Stone, Chief Justice